# **Exhibit A**



Steven N. Malitz  
Phone: (312) 876-7134  
steven.malitz@saul.com  
www.saul.com

November 7, 2025

**By Overnight and Certified Mail**

Pelican Investment Holdings, LLC
Serve: Corporate Creations Network Inc.
1521 Concord Pike, Suite 201
Wilmington, Delaware 19803

**By Overnight and Certified Mail**

National Administrative Service Co., LLC
Serve: Corporation Service Company
1160 Dublin Road, Suite 400
Columbus, Ohio 43215

**By Overnight and Certified Mail**

Vajira Samararatne
900 Osceola Drive, Suite 100
West Palm Beach, Florida 33409

    Re:    **CEASE AND DESIST LETTER**

Mr. Samararatne and agents:

We are trial counsel for Endurance Warranty Services, L.L.C. Direct all future correspondence and any contacts, of any nature, to us.

Endurance is one of the largest providers of vehicle protection coverage in the nation and is backed by A-rated insurance companies. Endurance enjoys an excellent reputation and the esteem of the consumers it serves, and of the industry, generally. Accordingly, it is crucial that Endurance's reputation and contractual relationships remain impeccable and unscathed by way of defamatory and disparaging statements.

It has come to our attention that you—meaning, Pelican Investment Holdings, LLC National, Administrative Service Co., LLC, and its affiliates, which are owned, operated, or controlled by Vajira Samararatne—have unlawfully pilfered, received, and accepted Endurance's protected customer data. Armed with such data, you then contacted Endurance's customers, and then falsely represented that Endurance is unable to administer, service, or otherwise comply with their Vehicle Service Contracts ("VSCs"), or have their vehicles repaired. You then solicited Endurance's customers to immediately cancel their VSCs and sign a new VSC with one or more of your auto warranty companies.

161 North Clark, Suite 4200 ◆ Chicago, IL 60601 ◆ Phone: (312) 876-7100 ◆ Fax: (312) 876-0288

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

**SAUL EWING** LLP

Vajira Samararatne
Pelican Investment Holdings, LLC
National Administrative Service Co., LLC
November 7, 2025
Page 2

    To achieve your unlawful purpose, we believe you unlawfully conspired with one or more third parties for the sole, improper purpose of pilfering Endurance's customer data in order to unlawfully divert Endurance's customers to your competing company.

    Your conversion, receipt, and use of Endurance's proprietary and confidential customer data is unlawful; as are your defamatory statements to Endurance's customers that Endurance cannot honor its VSCs or have their vehicles repaired. And, your brazen theft of Endurance customers—through a scheme of anti-competitive means, lies, and deception—is clearly illegal.

    This letter comes as no surprise to you as CarShield just sued you in Missouri federal court for the identical misconduct.

    This letter serves as Endurance's demand that you immediately cease and desist, directly or indirectly, from:

    a.    pilfering, receiving, and/or accepting Endurance's customer data and trade secrets;

    b.    contacting Endurance's current and prospective customers by telephone, text message, e-mail, or by any other means, media, or methods of communication;

    c.    defaming and/or disparaging Endurance by, among other ways, falsely representing to Endurance's customers that it is unable to service, administer, or otherwise comply with its obligations under their VSCs, and/or have their vehicles repaired; and,

    d.    Diverting or attempting to divert Endurance's customers to your or another competing company, through such misrepresentations.

    Your failure to comply with each and every demand contained in this letter will result in suit against the aforementioned companies and its principals, individually, and those in active participation and concert with them, for defamation *per se*, commercial disparagement, tortious interference with contract, tortious interference with prospective economic advantage, and for violation of the Lanham Act, and state and federal unfair competition, false advertising and deceptive trade practices statutes.

    In our suit, which will be filed in Illinois federal court, we will seek emergency injunctive relief as well as compensatory damages, attorneys' fees, and punitive damages, the results of which will be financially devastating. Note that juries award punitive damages to punish the wrongdoers and to deter such misconduct in the future.

SAUL EWING <sup>LLP</sup>

Vajira Samararatne
Pelican Investment Holdings, LLC
National Administrative Service Co., LLC
November 7, 2025
Page 3

    Because suit against you and your companies is imminent, you must safeguard all electronically stored communications and information, letters, documents, emails, and text messages, relating in any way to the above allegations. Do not delete anything.

    Specifically, please make sure that you take all necessary steps to preserve all documents and electronic evidence that may be relevant to such litigation, relating to the facts and allegations, all as described above.

    We demand that you preserve and do not delete, discard, overwrite or otherwise destroy, original and all copies of all documents, including emails, instant text messages, .pdf, and other electronically-stored documents, information, correspondence, emails, memoranda, faxes, charts, plans, graphs, notes, photographs, recorded voicemails, and any and all documents or tangible materials—whether stored on business, home or personal computers, or any other storage device—with respect to Endurance, its customer data, products and services, performance of such services, compliance with VSCs, repair of customer vehicles, diverting of Endurance customers, and otherwise relating to the above allegations.

    Your failure to preserve this information and evidence could lead to sanctions against the above companies and principals, and any person or entity acting in concert with them.

    This will be our only warning before we file suit. Have your attorney contact me by close of business **Tuesday, November 11**.

                                                Sincerely,

                                               Steven N. Malitz